UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-60721-CIV-MORENO

IRA MARC FLADELL *et al.*,

    Plaintiff,

vs.

WELLS FARGO BANK, N.A. *et al.*,

    Defendant.
_____/

## ORDER SETTING PRELIMINARY APPROVAL HEARING

THIS CAUSE came before the Court upon the Parties' Joint Status Report **(D.E. No. 153)**, filed on **March 3, 2014**. It is

**ADJUDGED** that the Preliminary Class Action Settlement Approval Hearing shall take place before the undersigned, United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-3, 400 North Miami Avenue, Miami, Florida 33128, on **Thursday, March 13, 2014 at 11:30 a.m**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2014.

                                            FEDERICO A. MORENO
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record