Susan P. Frank
5070 Lake Poinsett Road
Cocoa, FL  32926
(321) 639-4321

FILED by _____ D.C.

JUL 24 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

July 7, 2014

**CLERK OF THE COURT**
Clerk of the United States District Court for the Southern District of Florida
400 North Miami
8th Floor
Miami, FL 33128

RE:  Fladell et al. v. Wells Fargo Bank, N.A., et al.; Case No. 0:13-cv-60721-FAM

I am a Settlement Class Member for the above mentioned case and I am writing this letter to object to the terms of the settlement.

Due to an error made by my insurance agent, my homeowners insurance lapsed in September 2011. Wells Fargo contacted me in February 2012 to inform me they were charging me $272.12 for a retroactive Force Placed Insurance Policy with American Security Insurance Company. I immediately contacted Wells Fargo to dispute the charge. I spent many hours following up with Wells Fargo by phone and by mail to no avail. I even agreed to pay $147.97, which I would have paid to my homeowners insurance company for coverage for the same period, but Wells responded by charging the full $272.12 to my home mortgage.

I am not surprised to hear of this lawsuit which alleges that Wells Fargo received unauthorized benefit from Force Placed Insurance and I know firsthand that the rate was excessive. Further, some attorneys in the State of Florida believe, from an insurance law perspective, the practice of retroactive insurance is against Florida law. I think the proposed award of 7% to 11% is far too low and I would like to receive a minimum settlement of $272.12 from the Wells Fargo Defendants.

Thank you for accepting this letter of objection and for any assistance that can be provided.

Sincerely,

*Susan P Frank*

Susan P. Frank

Cc:

**CLASS COUNSEL**
Adam M. Moskowitz
Kozyak, Tropin, & Throckmorton, P.A.
2525 Ponce de Leon Blvd.,
9th Floor
Coral Gables, FL 33134

**COUNSEL FOR THE WELLS FARGO DEFENDANTS**
Michael J. Steiner
Severson & Werson,
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

**COUNSEL FOR ASSURANT DEFENDANTS**
Frank G. Burt
Farrokh Jhabvala
Carlton Fields Jorden Burt, P.A.
1025 Thomas Jefferson St., NW
Suite 400 East
Washington DC, 20007-5208

**COUNSEL FOR QBE DEFENDANTS**
Robyn C. Quattrone
BuckleySandler LLP
1250 24th Street, NW
Suite 700
Washington, DC 20037