Ms. Francine Cole
P.O. Box 1403
Morristown, NJ 07962
(973) 539-9286

Mr. Steven M. Larimore
Court Administrator/Clerk
United States District Court
Southern District of Florida
400 North Miami Avenue
8th Floor
Miami, FL 33128

FILED by _PG_ D.C.

AUG 2 0 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

13 CV 60721 FAM

Re:  Exclusion from Settlement Class,
     Fladell Class Action

Dear Mr. Larimore:

I hereby opt out of the proposed Settlement Class in the Fladell Class Action.

The basis of my objection is that I am already involved in litigation with Wells Fargo Bank (Cole v. Wells Fargo Bank, N.A., et al, Case Number: 2-2012cv-01932), which includes additional, meritorious claims that are not in your class action. Presently, my attorney is Kenneth J. Rosellini, 636-A Van Houten Avenue, Clifton, New Jersey 07013 (973-998-8375).

I wish you luck with your class action.

Very truly yours,

Francine Cole

cc: Kenneth J. Rosellini, Esq.
    Facsimile (973) 998-8376

**KENNETH ROSELLINI**
**ATTORNEY AT LAW**
636A Van Houten Avenue
Clifton, New Jersey 07013
(973) 998-8375 Fax (973) 998-8376
Attorney for Francine Cole

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA MARC FLADELL, SARAH CROUCH, GREG OLSON, MARGARET ZAWISTOWSKI, TILENA ALI, DANNY LANE and BEVERLY LANE on behalf of themselves and all others similarly situated, | CIVIL ACTION <br><br> Case No. : 0:13-cv-60721-FAM <br><br> **Certification of Service of Statement Opting Out of Class Action Settlement** |
| Plaintiffs, | |
| v. | |
| WELLS FARGO BANK, N.A.; WELLS FARGO INSURANCE, INC.; ASSURANT, INC.; AMERICAN SECURITY INSURANCE COMPANY; VOYAGER INDEMNITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE CO.; QBE SPECIALTY INSURANCE COMPANY; QBE INSURANCE CORPORATION; QBE FIRST INSURANCE AGENCY, INC.; QBE FINANCIAL INSTITUTION RISK SERVICES, INC.; and PRAETORIAN INSURANCE COMPANY, | |
| Defendants. | |

I, Kenneth Rosellini, Esq. do hereby certify the following in lieu of oath or affidavit:

1. That I am the attorney for Francine Cole as the Plaintiff against Wells Fargo Bank, N.A. as the Defendant in a federal civil action pending in the United States District Court for the District of New Jersey, Docket No.: 2:12-cv-01932-KM-MAH.

2. That Francine Cole received a Notice of Class Action Settlement in the above-captioned action and has decided to Opt Out of the Settlement as per the attached Statement Opting Out, which she has signed.

3. That in accordance with the Notice, I have mailed this Certification and Francine Cole's Statement Opting Out of the Class Action Settlement on August 16, 2014 to the following:

Fladell Settlement c/o GCG
P.O. Box 10062
Dublin, Ohio 43017-6662

Clerk of the United States District Court for the Southern District of Florida
400 North Miami
8th Floor
Miami, FL 33128

Adam M. Moskowitz
Kozyak, Tropin, & Throckmorton, P.A.
2525 Ponce de Leon Blvd.,
9th Floor
Coral Gables, FL 33134

Michael J. Steiner
Severson & Werson,
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Frank G. Burt
Farrokh Jhabvala
Carlton Fields Jorden Burt, P.A.
1025 Thomas Jefferson St., NW
Suite 400 East
Washington DC, 20007-5208

Robyn C. Quattrone
BuckleySandler LLP
1250 24th Street, NW
Suite 700
Washington, DC 20037

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 16, 2014         By: _____
                                   KENNETH ROSELLINI



DW DANIELS
NJ OAO
16 AUG '14
FM

USMS
INSPECTED

Kenneth Rosellini, Attorney at Law
636A Van Houten Avenue
Clifton, New Jersey 07013

U.S. POSTAGE
PAID
CLIFTON, NJ
07012
AUG 16, 14
AMOUNT
$0.49
0006178O-05

33128

T000

Clerk of the United States District
Court for the Southern District of Florida
400 North Miami
8th Floor
Miami, FL 33128

3312677 1699