FILED by PG D.C.

AUG 2 1 2014

STEVEN M. LARIMORE
CLERK U. S. DIST CT
S. D. of FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Fladell, et al.
    Plaintiff,

CASE NO.: 13-cv-60721-FAM

CIVIL DIVISION

vs.

Wells Fargo Bank, N.A.,
    Defendant.
_____/

## NOTICE OF OPT-OUT AND OBJECTION TO CLASS SETTLEMENT

Class Member, Robert Webb, of 2412 Castletower Road, Tallahassee, FL 32301, by and through his undersigned attorney, gives notice of his opt-out of the class settlement and his objection to the settlement agreement. Mr. Webb does not wish to be included in the settlement and asserts that this settlement agreement is inadequate to address the harms suffered by other potential class members who are similarly situated to him.

Robert Webb, is currently a defendant in a foreclosure lawsuit brought by the Defendant, Wells Fargo Bank, N.A. in the Circuit Court of Leon County Florida case 2012 CA 001016. Mr. Webb, a hearing impaired individual, has been sued for foreclosure on his home based upon an arrearage that arose after the Defendant needlessly imposed escrow charges upon his account for forced placed insurance while Mr. Webb had property insurance on his home. Mr. Webb's mortgage payments were automatically deducted from his checking account and he was never late with a mortgage payment. Mr. Webb has suffered not only the costs of defending the foreclosure action, but has also been denied credit based upon the delinquency reported by the Defendant when it created an arrearage in his account by deducting out the cost of the forced placed insurance and then imposed late fees.

The settlement proposed in this case is grossly inadequate for consumers who have had their accounts become delinquent or who have been sued for foreclosure based upon the imposition of the forced place insurance fees. This settlement would remove claims and defenses that those consumers might have when defending a foreclosure lawsuit. The reduction in the insurance charges does not offset the other potential resulting charges such as late fees or other foreclosure costs.

Respectfully submitted this 14th day of August 2014.

*/s/ David H. Abrams*
David H. Abrams
Attorney for Robert Webb
Fla. Bar No.: 0692484
P.O. Box 3298
Tallahassee, Florida 32315
Phone (850)224-7653
Facsimile (850)222-0206
Email: david@dhabramslaw.com

## Certificate of Service

I hereby certify that copies of the foregoing were sent to the following on 14th August 2014 via U.S. mail:

Adam M. Moskowitz
Harley S. Tropin
Kozyak, Tropin, and Throckmorton, P.A.
2525 Ponce de Leon Blvd. 9th floor
Coral Gables, FL   33134

Aaron S. Podhurst
Peter Prieto
Podhurst Orseck, P.A.
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL   33130

Lance A. Harke
Howard M. Bushman
Harke Clasby & Bushman, LLP
9699 NE Second Avenue
Miami Shores, FL   33138

Clerk of the U.S. District Court for the Southern District of Florida
400 North Miami, 8th Floor
Miami, FL   33128

Michael J. Steiner
Severson & Werson
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA   94111

Frank G. Burt
Farrokh Jhabvala
Carlton Fields Jorden Burt, P.A.
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington DC   20007-5208

Robyn C. Quattrone
Buckley Sandler LLP
1250 24th Street NW
Suite 700
Washington, DC   20037

Fladell Settlement
c/o GCG
P.O. Box 10062
Dublin, OH   43017-6662