

Joneen Nielsen
2717 Sixth Ave. W.
Bradenton, FL 34205

Clerk of the United States District
Court for the Southern District of Florida
400 North Miami
8th floor
Miami, FL 33128

June 24, 2014

Re: Fladell et al. v. Wells Fargo Bank, N.A. et al.; Case No. 0:13-cv-60721-FAM

To whom it may concern,
The word specious comes to mind upon reading Class Action Lawsuit against Wells Fargo. I object to the claimants assertions overall based on my personal experience.

Here in Florida many homeowners view a stark insurance landscape. It is very difficult and expensive to obtain insurance on a home in Florida, even with Citizen's as a State sponsored option. Insurance is costly, problematic and beyond most homeowners means.

I made the numerous calls to insurance companies requesting quotes, if they did return my call; the quote came in higher than what Wells Fargo offered, for the same coverage.

I am thankful and appreciative to Wells Fargo for offering an alternative. It gives me peace of mind.

Albeit home insurance is for structure replacement only, something is always better than nothing.

Assertions of 'kick-backs' are tiresome. Insuring property in a state such as Florida, where risk is high, the cost of doing business is costly. Many insurance companies have abandoned this state, for obvious reasons I shall not list here.

I will not be attending Final Approval Hearing, trusting judiciary to do the right thing.

Sincerely,

Joneen Nielsen
phone 941-745-1682

cc: Adam M. Moskowitz, Michael J. Steiner, Frank G. Burt, Robyn C. Quattrone.