Case:   FLADELL SETTLEMENT

0:13-CV-60721-FAM

Control #:  7085051203.          Claim. #:  0012462350
Control #:  4128437865.          Claim. #:  0012462349
(not sure why I received two notices)

FILED by _____ D.C.

AUG 22 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

(mortgage address)    Jeffrey M. Nadeau
                      97 Mallard Lane
                      Winthrop, ME. 04364

Current mail address.    5715 Highway 85N.    PMB 1829
                         Crestview, FL.   32536
Phone:                   207-441-7734

To say that I simply object to this settlement is a huge
understatement.
Receiving this notice once again has me outraged.
I did not ask to be a customer of Wells-Fargo.
I was never required to have flood insurance before they purchases my
mortgage from another company.  I had the paperwork that stated I was
not in a flood zone and once they purchases my loan the harassment
started and lasted for two years.

Notices came on a regular basis stating that either I didn't have
flood insurance, didn't have enough flood insurance or didn't have
the right flood insurance and they placed their own policies in
effect three times over a less than two year period even though I was
already insured.
My State Farm agent can back me on this as I had to continually ask
them to send 'proof of insurance' to Wells-Fargo.
At one point, among the many heated confrontations over the phone,
they were able to look up all the letters of correspondence except
the ONE they had sent thanking me for providing proof of insurance.

I originally refinanced my home (with another company) in order to
pay off some bills and LOWER my monthly payment .  Instead, I was
forced to pay additional money for insurance, pay for an elevation
survey and my monthy mortgage payments kept going higher because of
the insurance they placed for me.

After being told by a lawyer that as far as he could tell, they were
doing nothing illegal, I put my house up for sale and purchased an RV
which is all I have to live in now.

I want to know HOW and WHY this corporation is being allowed to get
away with simply losing a minuscule amount of their profits.
It is also obscene that in this settlement, the lawyers are sharing
19 million, the plaintiffs get 5000 and the rest of the victims
simply get a 7 to 11% refund on the money paid (that is if they were
stupid enough to pay the highly inflated rates).

Jeffrey M. Nadeau

EUGENE OR 974

18 AUG 2014 PM 1 T

Jeffrey M. Nadeau
5715 Highway 85N. PMB 1825
Crestview, FL. 32536

Clerk Of The Courts
400 North Miami
8th Floor
Miami, FL. 33128

Fladell Settlement

331283-7716