# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. __13_CV_60721__FAM__

**The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE**

8/21/14

CASE NAME: Fidell et all vs Wells Fargo Bank

CASE NUMBER: 0:13-CV-60721-FAM

FILED by PG D.C.
AUG 27 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

To the Honorable Judge Moreno,

I don't think that 11% to the victims insurance scam is fair. I lost more than the insurance. My name is Joyce Cotrone my husband, Vito Cotrone, we live at 20345 W. Walnut, Sonora, Ca. 95370 I didn't get this information on time as it went to an old address.

We have all our documentation as I was trying to get an attorney to sue Wells Fargo, but didn't have enough money to retain one.

I purchased my house through Wells Fargo mortgage. The insurance scam started immediately, telling me I was not covered and signing me up with their insurance. Even though I had policys in effect. It went on every year, with each policy, wind, flood & Hazard.

Eventually they opened an escrow account and started paying their insurance companies out of it. This drove my house payments up. It didn't matter what I did what I sent, it was like I didn't exist. They just did what they pleased. My payment tripled and I couldn't make them anymore, then of course my house went into forclosurer. I found a buyer at the last min before it was to be sold. I thought I would be able to recoup some of my expenses. However, Wells Fargo took over $25,000 for insurance and foreclosurer attorneys fees. I lost all my down payment as well as all the money we invested to fix the house up, about $100,000.°° I spent a year sending documentation to Wells Fargo to finally retrieve $5000.°° Then they just quit talking to me.

1 of 2

CASE NAME: Fladell et al v Wells Fargo Bank, N.A. et al
CASE NUMBER: 0:13-CV-60721-FAM

I am sure there are others that may have lost their homes due to this insurance scam. Eleven percent of what, doesn't even come close to what I lost, and the injustice of it all. I lost my home and my money. I hope this helps you to have more understanding as to ~~what~~ the lenghts and depth of this scam. I hope the people like myself could retrieve more than the current settlement. I am 66 and not able to earn the money again that I lost.

209 531-3930

Sincerely, Joyce A. Cotrone

*Joyce A. Cotrone*

Copies to:

**CLERK OF THE COURT**
Clerk of the United States District Court for the Southern District of Florida
400 North Miami
8th Floor
Miami, FL 33128

**CLASS COUNSEL**
Adam M. Moskowitz
Kozyak, Tropin, & Throckmorton, P.A.
2525 Ponce de Leon Blvd.,
9th Floor
Coral Gables, FL 33134

**COUNSEL FOR THE WELLS FARGO DEFENDANTS**
Michael J. Steiner
Severson & Werson,
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

**COUNSEL FOR ASSURANT DEFENDANTS**
Frank G. Burt
Farrokh Jhabvala
Carlton Fields Jorden Burt, P.A.
1025 Thomas Jefferson St., NW
Suite 400 East
Washington DC, 20007-5208

**COUNSEL FOR QBE DEFENDANTS**
Robyn C. Quattrone
BuckleySandler LLP
1250 24th Street, NW
Suite 700
Washington, DC 20037

## THE LAWYERS REPRESENTING YOU

### 17. DO I HAVE A LAWYER IN THIS CASE?

The Court appointed the following lawyers to represent you and all other Settlement Class Members. Together, these lawyers are called Class Counsel. You will not be charged any money to pay for these lawyers.

Adam M. Moskowitz
amm@kttlaw.com
Harley S. Tropin
hst@kttlaw.com
Kozyak, Tropin, & Throckmorton, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

Aaron S. Podhurst
apodhurst@podhurst.com
Peter Prieto
pprieto@podhurst.com
Podhurst Orseck, P.A.
City National Bank Building
25 West Flagler Street, Suite 800
Miami, Florida 33130
Telephone: 305-358-2800
Facsimile: 305-358-2382

Lance A. Harke
lharke@harkeclasby.com
Howard M. Bushman, Esq.
hbushman@harkeclasby.com
Harke Clasby & Bushman LLP
9699 NE Second Ave.
Miami Shores, FL 33138
Telephone: (305) 536-8220
Facsimile: (305) 536-8229

QUESTIONS? VISIT WWW.FLADELLSETTLEMENTINFO.COM OR CALL TOLL-FREE 1-866-847-5874

Joyce A & Vito J. Cofrone
20345 W. Walnut
Sonora, Ca. 95370

CERTIFIED MAIL

AUG 27 2014
11:58 AM

USMS
INSPECTED RECEIVED Miami

Clerk of the United States District Court for the Southern District of Florida
400 North Miami
9th Floor



U.S. POSTAGE PAID
SONORA, CA
95370
AUG 22, 14
AMOUNT
$3.30
00084898-15



FOREVER USA