UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-60721-CIV-MORENO

IRA MARC FLADELL *et al.*,

    Plaintiffs,

vs.

WELLS FARGO BANK, N.A. *et al.*,

    Defendants.
_____/

## NOTICE ON ADDITIONAL FLADELL COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES

THIS CAUSE came before the Court upon Additional Fladell Counsel's Motion for Award of Attorneys' Fees **(D.E. No. 183)** and Class Counsel's Motion for Clarification and/or Brief Extension of Time to Respond **(D.E. No. 244)**.

THE COURT has considered the motions, responses, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Class Counsel shall respond to Additional Fladell Counsel's motion by no later than **December 4, 2014**. As indicated in the briefings, Class Counsel hopes to resolve during this period all issues raised by Additional Fladell Counsel's motion. If counsel collectively cannot do so, the unresolved issues shall be briefed in the response. Accordingly, Class Counsel's Motion for Clarification and/or Brief Extension of Time to Respond is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of October, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record