UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:13-cv-60721- MORENO/ORAZO-REYES

IRA MARC FLADELL, SARAH CROUCH, GREG OLSON, MARGARET ZAWISTOWSKI, TILENA ALI, DANNY LANE and BEVERLY LANE on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.; WELLS FARGO INSURANCE, INC.; ASSURANT, INC.; AMERICAN SECURITY INSURANCE COMPANY; VOYAGER INDEMNITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE CO.; QBE SPECIALTY INSURANCE COMPANY; QBE INSURANCE CORPORATION; QBE FIRST NSURANCE AGENCY, INC.; QBE FINANCIAL INSTITUTION RISK SERVICES, INC.; and PRAETORIAN INSURANCE COMPANY,

    Defendants.

---

NOTICE OF APPEAL

---

Notice is hereby given that Class Members/Objectors Amirali Jabrani and Janet Jabrani appeal to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Final Approval to Class Action Settlement (Dkt. #259) entered in this action on October 29, 2014 and Final Judgment (Dkt. #260) entered in this action on October 29, 2014. Class Members/Objectors also hereby appeal from any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal. A copy of Dkt. #259 and Dkt. #260 are attached hereto. (See Exhibits "A" and "B").

Dated: October 30, 2014                    Respectfully submitted,

/s/Santiago A. Cueto
Santiago A. Cueto
Cueto Law Group
4000 Ponce de Leon Blvd., Suite 470
Coral Gables, Florida  33146
Telephone:     (305) 777-0377
Facsimile:      (305) 777-0449
Email: Sc@cuetolawgroup.com

Attorneys for Objectors/Class Members

## Certificate of Service

The undersigned certifies that today he filed the foregoing Notice of Appeal and associated exhibits on ECF which will send electronic notification to all attorneys registered for ECF-filing. The undersigned further certifies he caused to be served via USPS First Class Mail, postage prepaid, a copy of this Notice of Appeal and associated exhibits upon the following.

DATED: October 30, 2014

Adam M. Moskowitz
Kozyak, Tropin, & Throckmorton, P.A.
2525 Ponce de Leon Blvd.,
9th Floor
Coral Gables, FL 33134

Frank G. Burt
Farrokh Jhabvala
Carlton Fields Jorden Burt, P.A.
1025 Thomas Jefferson St., NW
Suite 400 East
Washington DC, 20007-5208

Michael J. Steiner
Severson & Werson,
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Robyn C. Quattrone
BuckleySandler LLP
1250 24th Street, NW
Suite 700
Washington, DC 20037

/s/Santiago A. Cueto
Santiago A. Cueto