UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:13-cv-60721 – MORENO/GARBER

IRA MARC FLADELL, SARAH CROUCH,
GREG OLSON, MARGARET
ZAWISTOWSKI, TILENA ALI, DANNY
LANE and BEVERLY LANE on behalf of
themselves and all others similarly
situated,
         Plaintiffs,

v.

WELLS FARGO BANK, N.A.; WELLS
FARGO INSURANCE, INC.; ASSURANT, INC.;
AMERICAN SECURITY INSURANCE
COMPANY; VOYAGER INDEMNITY
INSURANCE COMPANY, STANDARD
GUARANTY ISNURANCE CO.; QBE SPECIALTY
INSURANCE COMPANY; QBE INSURANCE
CORPORATION; QBE FIRST INSURANCE
AGENCY, INC.; QBE FINANCIAL INSTITUTION
RISK SERVICES, INC.; and
PRAETORIAN INSURANCE COMPANY,
         Defendants.

_____/

## NOTICE OF APPEAL

      Objector Jeffrey M. Nadeau hereby appeals to the United States Court of Appeals for the

Eleventh Circuit from this Court's Order Granting Final Approval to Class Action Settlement

(Document 259) and the Final Judgment (Document 260) entered in this action on October 29,

2014.

Respectfully submitted,
Jeffrey M. Nadeau,

*/s/ Brian M. Silverio*
Brian M. Silverio
FL Bar #0183301
Silverio & Hall, P.A.
150 West Flagler Street
Penthouse – 2850
Miami, Florida  33130
(305) 371-2756
(305) 372-2744 (Fax)
bsilverio@silveriohall.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on November 3, 2014 and was filed with the Clerk of Court using CM/ECF, and that as a result a copy of this filing has been served upon every counsel of record.

*/s/ Brian M. Silverio*
