UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:13-cv-60721-MORENO/OTAZO-REYES

IRA MARC FLADELL, et al, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

WELLS FARGO BANK, N.A. et al

        Defendants.

## OBJECTOR JAMES CURRY'S NOTICE OF APPEAL

Objector James Curry hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Order Granting Final Approval of Class Action Settlement entered by this Court on October 29, 2014 (Docket Entry 259) and Final Judgment entered October 29, 2014 (Docket Entry 250).

Respectfully submitted.

*/s/ David D. Dishman*
Law offices of David D. Dishman, PC
224 Lewis Wharf
Boston MA 02110
617-523-5252
Fax 617-367-1520
dave.dishman@gmail.com

1

        Filed by *Pro Hac Vice* Sponsor

        */s/ Peter A. Flanagan*
Peter A. Flanagan, Esquire
SIMSES & ASSOCIATES, P.A.
251 Royal Palm Way, Suite 400
Palm Beach, FL 33480
Telephone: (561) 835-1313
Facsimile: (561) 835-9995
Email: pflanagan@simseslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed via CM/ECF on the 31st day of October 2014 by the same means on all counsel of record.

By *Pro Hac Vice* sponsor

*/s/ Peter A. Flanagan*