IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:13-cv-60721 MORENO/GARBER

IRA MARC FLADELL, et al.

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.; et al.

    Defendants.

**NOTICE OF APPEAL**

Notice is hereby given that James H. Kirby IV, Objector, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment (Docket No. 260) and the Order Granting Final Approval to Class Action Settlement (Docket No. 259), entered in this action on October 29, 2014.

Dated: November 6, 2014        SWEENEY LEGAL GROUP, S.C.

                                        By: /s/ Patrick Sweeney_____
                                              Patrick Sweeney (FL Bar No. 593486)
                                        Sweeney Legal Group, S.C.
                                        750 South Dixie Highway
                                        Boca Raton, FL 33432
                                        Phone: (561) 395-0000
                                        Fax: (561) 395-9093
                                        Email: Patrick@sweeneylegalgroup.com
                                        Attorney for Objector James H. Kirby IV

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Southern District of Florida by using the USDC CM/ECF system.

I certify that participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.


    /s/ Patrick Sweeney
Patrick Sweeney