UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IRA MARC FLADELL, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendants. | Civil Case No. 0:13-cv-60721/MORENO/ OTAZO-REYES |

## NOTICE OF APPEAL

Notice is hereby given that Objectors Peggy Pearson, Ashley Swain, Julie Vanskyock and Melissa Yoho hereby appeal to the United States Court of Appeals for the Eleventh Circuit from this District Court's Order Granting Final Approval of Class Action Settlement entered by this Court on October 29, 2014 (Docket No. 259) and the Final Judgment entered October 29, 2014 (Docket No. 250).

Dated: November 13, 2014

Respectfully submitted,

By: s/Stephen J. Fearon, Jr.
Stephen J. Fearon, Jr.
**SQUITIERI & FEARON, LLP**
Stephen J. Fearon, Jr.
32 East 57th Street, 12th Floor
New York, New York 10022
Tel:  (212) 421-6492
Fax:  (212) 421-6553
stephen@sfclasslaw.com

**ATTORNEY FOR OBJECTOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed via CM/ECF on the 13th day of November 2014 by the same means on all counsel of record.

By: s/Stephen J. Fearon, Jr.
Stephen J. Fearon, Jr.
**SQUITIERI & FEARON, LLP**
Stephen J. Fearon, Jr.
32 East 57th Street, 12th Floor
New York, New York 10022
Tel:  (212) 421-6492
Fax:  (212) 421-6553
stephen@sfclasslaw.com

**ATTORNEY FOR OBJECTOR PLAINTIFFS**