## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:13-cv-60721- MORENO/OTAZO-REYES

IRA MARC FLADELL, et al.,individually and on behalf
of themselves and all others similarly situated,

      Plaintiffs,

v.

WELLS FARGO BANK, N.A.,
      Defendants.

_____/

## NOTICE OF APPEAL

Notice is hereby given that Objector, Jennifer Deachin n/k/a Jennifer Hinjosa hereby

appeal to the United States Court of Appeals for the Eleventh Circuit from this District's Court

Order Granting Final Approval of Class Action Settlement entered by this Court on October 29,

2014 (Docket No. 259) and the final judgment entered October 29, 2014 (Docket No. 260)

Dated: November 19, 2014

                Respectfully submitted,

                /s/ N. Albert Bacharach, Jr.
                N. Albert Bacharach, Jr.
                Florid Bar Number: 209783
                **N. ALBERT BACHARACH, JR., P.A.**
                Attorney for Plaintiff
                4128 NW 13th Street
                Gainesville, Florida 32609-1807
                (352)378-9859 (FAX) 338-1858

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of November, 2014, the foregoing was filed

with the Clerk of the Court using the CM/ECF filing system and that all counsel of record will

automatically be notified by the CM/ECF electronic mail system.

/s/ N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr.
