**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY __ABM__
Dec 24, 2014
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIA

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 24, 2014

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 14-15000-BB
Case Style: Jeffrey Nadeau v. Wells Fargo Bank, NA, et al
District Court Docket No: 0:13-cv-60721-FAM

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 12/18/2014.

## DISMISSAL APPLIES TO AMIRALI AND JANET JABRANI ONLY

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol R. Lewis, BB
Phone #: (404) 335-6179

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 14-15000-BB
_____

IRA MARC FLADELL,
JEFFREY NADEAU, et al.,

            Plaintiffs,

JAMES CURRY,
AMIRALI JABRANI,
JANET JABRANI,
JAMES H. KIRBY IV,
PEGGY PEARSON,
ASHLEY SWAIN,
JULIE VANSKYOCK,
MELISSA YOHO,
JENNIFER HINJOSA,
f.k.a.Jennifer Deachin,
OWINGS LAW FIRM,
WAGONER LAW FIRM, P.A.,
WALKER LAW PLLC,

            Interested Parties - Appellants,

versus

WELLS FARGO BANK, N.A.,
WELLS FARGO INSURANCE, INC.,
ASSURANT, INC.,
AMERICAN SECURITY INSURANCE COMPANY,

            Defendants - Appellees.
_____

Appeal from the United States District Court

for the Southern District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Amirali Jabrani and Janet Jabrani in 14-15000 has failed to file an appellant's brief and appendix within the time fixed by the rules [14-15000, 14-15069], effective December 24, 2014.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Carol R. Lewis, BB, Deputy Clerk

FOR THE COURT - BY DIRECTION