# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY _ABM_
Deputy Clerk

**Jan 23, 2015**

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIA

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 23, 2015

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  14-15000-BB
Case Style:  Jeffrey Nadeau v. Wells Fargo Bank, NA, et al
District Court Docket No:  0:13-cv-60721-FAM

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

**_NOTE:   This dismissal applies to Appellant James Curry only._**   The appeal is still open as to all other parties.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol R. Lewis, BB
Phone #: (404) 335-6179

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

_____

No. 14-15000-BB

_____

JAMES CURRY,
AMIRALI JABRANI, *et al.*,

Interested Parties - Appellants,

versus

WELLS FARGO BANK, N.A.,
WELLS FARGO INSURANCE, INC.,
ASSURANT, INC.,
AMERICAN SECURITY INSURANCE COMPANY,

Defendants - Appellees.

-------------------------
On Appeal from the United States District Court for the
Southern District of Florida
-------------------------

BEFORE:    TJOFLAT and WILSON, Circuit Judges.

BY THE COURT:

Appellant James Curry's unopposed motion to dismiss this appeal with prejudice as to him, with the parties to the motion to bear their own costs, is GRANTED.

This order does not affect this appeal as it pertains to any other appellant.