# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY __ABM__
Deputy Clerk
**Mar 30, 2015**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. **MIA**

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 30, 2015

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 14-15000-BB
Case Style: Jeffrey Nadeau v. Wells Fargo Bank, NA, et al
District Court Docket No: 0:13-cv-60721-FAM

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court as to appellants Owings Law Firm, Wagoner Law Firm, P. A., and Walker Law PLLC, only.  See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Appellees' joint motions to dismiss are Carried With The Case.  The parties may address the jurisdictional issue raised by the Appellees' joint motions to dismiss in their briefs as they deem necessary or appropriate.

Appellees' brief is due to be filed within 30 days from the date of the Court's order, or by not later than April 29, 2015.


Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Carol R. Lewis, BB/bmc
Phone #: (404) 335-6179

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-15000-BB

_____

IRA MARC FLADELL,
JEFFREY NADEAU, et al.,

                                                                           Plaintiffs,

JAMES CURRY,

                                                                           Interested Party,

AMIRALI JABRANI,
JANET JABRANI,
JAMES H. KIRBY IV,
PEGGY PEARSON,
ASHLEY SWAIN,
JULIE VANSKYOCK,
MELISSA YOHO,
JENNIFER HINJOSA,
f.k.a.Jennifer Deachin,
OWINGS LAW FIRM,
WAGONER LAW FIRM, P.A.,
WALKER LAW PLLC,

                                                             Interested Parties-Appellants,

versus

WELLS FARGO BANK, N.A.,
WELLS FARGO INSURANCE, INC.,
ASSURANT, INC.,
AMERICAN SECURITY INSURANCE COMPANY,

                                                             Defendants-Appellees.

---

Appeal from the United States District Court
for the Southern District of Florida

---

Before: MARCUS and MARTIN, Circuit Judges.

BY THE COURT:

Appellants Owings Law Firm, Wagoner Law Firm, P.A., and Walker Law PLLC seek review of an unresolved collateral fee dispute for which no final order has been issued. We lack jurisdiction to review this non-final collateral proceeding. *See* 28 U.S.C. § 1291; *LaChance v. Duffy's Draft House, Inc.*, 146 F.3d 832, 837 (11th Cir. 1998); *Pitney Bowes, Inc. v. Mestre*, 701 F.2d 1365, 1368 (11th Cir. 1983). Accordingly, the appeal by Owings Law Firm, Wagoner Law Firm, P.A., and Walker Law PLLC is DISMISSED.

Appellees' joint motions to dismiss the appeals of Amirali Jabrani, Janet Jabrani, James Kirby, Peggy Pearson, Ashley Swain, Julie Vanskyock, Melissa Yoho, and Jennifer Hinjosa, are CARRIED WITH THE CASE. The parties may address the jurisdictional issue raised by Appellees' joint motions to dismiss in their briefs as they deem necessary or appropriate.