UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 13-60721-CIV-MORENO

IRA MARC FLADELL, et al., on behalf of
themselves and all others similarly situated,

      Plaintiffs,

vs.

WELLS FARGO BANK, N.A., et al.,

      Defendants.

_____/

## ORDER MODIFYING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AS TO DEFENDANTS' MOTION FOR AN ORDER TO SHOW CAUSE WHY KAREN HICKS SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR VIOLATING FINAL JUDGMENT

THIS CAUSE came before the Court upon Defendants Assurant, Inc. and American Security Insurance Company's (the "Assurant Defendants") Motion for an Order to Show Cause Why Karen Hicks Should Not Be Held in Civil Contempt for Violating Final Judgment (the "Motion"), filed on March 13, 2015. *See* D.E. 325. On April 2, 2015, Defendants Wells Fargo, N.A. and Wells Fargo Insurance, Inc. (the "Wells Fargo Defendants") filed a Notice of Joinder in Assurant Defendants' Motion for Order to Show Cause Why Karen L. Hicks Should Not Be Held in Civil Contempt. *See* D.E. 330.

The Court referred the Motion to United State Magistrate Judge Patrick M. Hunt for a Report and Recommendation. *See* D.E. 342. On July 29, 2015, Magistrate Judge Hunt issued his Report and Recommendation, which recommended that

> Karen Hicks be allowed to proceed with the state-court lawsuit in which she is a party since she is not a class member to this action, and/or may file belated opt-out if related issues arise in that case. In accordance with this recommendation, the undersigned further

recommends that Defendants' Motion for Order to Show Cause Why Karen Hicks Should not be Held in Civil Contempt for Violating Final Judgment . . . be DENIED AS MOOT.

D.E. 379 at 7. The Assurant Defendants timely filed their Objection to Magistrate Judge Hunt's Report and Recommendation on August 6, 2015, and the Wells Fargo Defendants filed their Notice of Joinder to the Assurant Defendants' Objection on August 12, 2015. *See* D.E. 381–82.

THE COURT has reviewed the entire file and record, including Magistrate Judge Hunt's Report and Recommendation, Defendants' Objection, and all responsive filings to the Objection. The Court has made a *de novo* review of the issues, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick M. Hunt's Report and Recommendation is **MODIFIED**. First, as to the Motion before the Court, Defendants concede that Ms. Hicks is not class member, but rather that her deceased mother, Donna Hicks, is a class member. Ms. Hicks' Second Amended Complaint against Defendants in the United States District Court for the Middle District of Florida (the "Middle District Action") also contains allegations regarding forced-place insurance policies that fall outside the class period, and Defendants concede that any such policies would not be barred by the settlement. Given these facts, and Ms. Hicks' other allegations in the Middle District Action—including that Wells Fargo refused to give Ms. Hicks information pertaining to the subject property, but then sued Ms. Hicks individually seeking a deficiency judgment on the property for, in large part, outstanding forced-place insurance premiums—finding Ms. Hicks to be in civil contempt for simply refusing to dismiss the Middle District Action would be highly inappropriate. Accordingly Defendants' Motion for Order to Show Cause Why Karen Hicks Should Not Be Held in Civil Contempt for Violating Final Judgment is hereby **DENIED**. It is also

**ADJUDGED** that Ms. Hicks may not file "a belated opt-out" to the Settlement Administrator at this time.  The Court suggests that counsel for Ms. Hicks file an appropriate motion for leave to belatedly opt out of the Settlement Class.  If such a motion is filed, then the Court will rule on it promptly.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _22_ of October 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Patrick M. Hunt

Counsel of Record